# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>      Defendant. | Case No. 6:21-cv-00401-ADA |

## APPLE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant Apple Inc. ("Apple") hereby moves the Court for an order extending the time for Apple to answer, move, or otherwise respond to Sonrai Memory Limited's ("Sonrai") Complaint for Patent Infringement (Dkt. 1).  The deadline for Apple to answer, move, or otherwise respond to Sonrai's Complaint is May 18, 2021.  Apple requests a 45-day extension of time to answer, move, or otherwise respond to Sonrai's Complaint to July 2, 2021.  Sonrai has agreed to Apple's request.  The request is not sought for purposes of delay and will not affect any other case deadlines.

Therefore, Apple respectfully requests that the Court extend the deadline for Apple to answer, move, or otherwise respond to Sonrai's Complaint to July 2, 2021.

| | |
|---|---|
| Dated:  May 11, 2021 | Respectfully submitted,<br><br>*/s/ John M. Guaragna*<br>John M. Guaragna<br>Texas Bar No 24043308<br>DLA PIPER LLP (US)<br>303 Colorado, Suite 3000<br>Austin, TX  78701<br>Tel: 512.457.7125<br>Fax: 512.457.7001<br>john.guaragna@us.dlapiper.com |

- 2 -

> ATTORNEY FOR DEFENDANT
> APPLE INC.

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendant Apple Inc. conferred with Sonrai's counsel.

Sonrai has agreed to Apple's request sought in this motion.

> */s/ John M. Guaragna*
> John M. Guaragna

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

> */s/ John M. Guaragna*
> John M. Guaragna