**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 6:21-cv-00167-ADA |
| SONRAI MEMORY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC.,<br><br>Defendants. | Case No. 6:21-cv-00168-ADA |
| SONRAI MEMORY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 6:21-cv-00169-ADA |
| SONRAI MEMORY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC.,<br><br>Defendant. | Case No. 6:21-cv-00361-ADA |

1

| | |
|---|---|
| SONRAI MEMORY LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 6:21-cv-401-ADA |
| SONRAI MEMORY LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>KINGSTON TECHNOLOGY COMPANY, INC. and KINGSTON TECHNOLOGY CORPORATION<br><br>        Defendant. | Case No. 6:21-cv-01284-ADA |
| SONRAI MEMORY LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.<br><br>        Defendant. | Case No. 6:21-cv-00991-ADA |
| SONRAI MEMORY LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>KIOXIA CORPORATION and KIOXIA AMERICA, INC.<br><br>        Defendants. | Case No. 6:21-cv-00400-ADA |

3

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>          Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.<br><br>          Defendants. | Case No. 6:21-cv-01168-ADA |

**DECLARATION OF SCOTT NELSON IN SUPPORT OF
DEFENDANTS' OPPOSED MOTION TO STAY
<u>PENDING FINAL RESOLUTION OF PLAINTIFF'S MANUFACTURER LAWSUITS</u>**

3

I, Scott Nelson, hereby declare as follows:

1. I am over 18 years of age and competent to make this declaration.

2. I am Senior VP and Chief Marketing Officer at Kioxia America, Inc. ("KAI"). I have worked at KAI or its Toshiba predecessor companies (which include Toshiba Memory America and Toshiba America Electronic Components Inc.) since 1986.

3. The statements in this declaration are based on my personal knowledge. If called to testify as a witness, I could and would testify competently and truthfully to each of the statements under oath.

4. As Senior Vice President and Chief Marketing Officer at KAI, I have responsibilities relating to the marketing and sales of Kioxia's memory products in the United States. I have had responsibilities for Kioxia or Toshiba's memory products for about 30 years.

5. Based on the complaints filed against Kioxia Corporation ("KIC") and KAI (collectively, "Kioxia"), Western Digital Technologies, Inc., and Dell Technologies, Inc., I understand that Plaintiff is accusing SanDisk/Toshiba 64L 3D NAND flash chips with the die identifier FRN1256G ("Accused Kioxia and Western Digital Chips") of infringing U.S. Patent Nos. 6,724,241 (the "'241 patent") and 7,436,232 (the "'232 patent"). In this declaration, I refer to Accused Kioxia and Western Digital Chips only with respect to those products marketed and sold by KAI and KIC. Kioxia does not have knowledge regarding Western Digital's sales to Western Digital customers.

6. KIC and KAI have sold components that include the Accused Kioxia and Western Digital Chips.

7. Customers of Kioxia have requested that Kioxia defend them against Sonrai's allegations of infringement of the '241 and '232 patents.

4

8. Kioxia has contractual obligations to defend its customers against the allegations of infringement of the '241 and '232 patents and as such, will and is defending and indemnifying in accordance with those contractual obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Irvine, California, on December 15, 2021.

_____
SCOTT NELSON