# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>KIOXIA CORPORATION and KIOXIA AMERICA, INC.<br><br>Defendants. | Case No. 6:21-cv-00400-ADA |
| SONRAI MEMORY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.<br><br>Defendant. | Case No. 6:21-cv-01168-ADA |
| SONRAI MEMORY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 6:21-cv-00169-ADA |
| SONRAI MEMORY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 6:21-cv-00167-ADA |

| | |
|---|---|
| SONRAI MEMORY LIMITED,<br><br>  Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC.,<br><br>  Defendants. | Case No. 6:21-cv-00168-ADA |
| SONRAI MEMORY LIMITED,<br><br>  Plaintiff,<br><br>v.<br><br>DELL TECHNOLOGIES INC.,<br><br>  Defendant. | Case No. 6:21-cv-00361-ADA |
| SONRAI MEMORY LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>  Defendant. | Case No. 6:21-cv-401-ADA |
| SONRAI MEMORY LIMITED,<br><br>  Plaintiff,<br><br>v.<br><br>KINGSTON TECHNOLOGY COMPANY, INC. and KINGSTON TECHNOLOGY CORPORATION<br><br>  Defendant. | Case No. 6:21-cv-01284-ADA |
| SONRAI MEMORY LIMITED,<br><br>  Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.<br><br>  Defendant. | Case No. 6:21-cv-00991-ADA |

**ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO STAY
PENDING FINAL RESOLUTION OF PLAINTIFF'S MANUFACTURER LAWSUITS**

Before the Court is the opposed motion to stay pending final resolution of the manufacturers lawsuits filed by Apple Inc. ("Apple"), Dell Technologies Inc. ("Dell"), Google LLC ("Google"), LG Electronics Inc. and LG Electronics U.S.A., Inc. ("LG"), Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (together, "Samsung"), Kingston Technology Company, Inc. and Kingston Technology Corporation (together, "Kingston"), Amazon.com, Inc. ("Amazon"), Kioxia Corporation ("KIC") and Kioxia America, Inc. ("KAI") (together, "Kioxia') and Western Digital Technologies, Inc. ("Western Digital") as to Plaintiff Sonrai Memory Ltd.'s claims as to U.S Patent No. 6,724,241 (the "'241 patent") and/or U.S. Patent No. 7,436,232 (the "'232 patent"). Having considered the Motion, the Court finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED:**

- Plaintiff's '241 patent claims against Apple in Case No. 6:21-cv-00401-ADA are stayed pending final resolution of the '241 patent claims in the Kioxia and Western Digital case.

- Plaintiff's '241 and '232 patent claims against Dell in Case No. 6:21-cv-00361-ADA are stayed pending final resolution of the '241 and '232 patent claims in the Kioxia and Western Digital case. Plaintiff's claim against Dell as to U.S. Patent No. 6,920,527 ("the '527 patent") is hereby severed.

- Plaintiff's '241 patent claims against LG in Case No. 6:21-cv-00168-ADA are stayed pending final resolution of the '241 patent claims in the Kioxia and Western Digital case. Plaintiff's claim against LG as to 6,874,014 ("the '014 patent") ("the '014 patent") is hereby severed.

- Plaintiff's '241 patent claims against Google in Case No. 6:21-cv-00167-ADA are stayed pending final resolution of the '241 patent claims in the Kioxia and Western Digital case.

1

Plaintiff's claim against Google as to the '014 patent is hereby severed.

- Plaintiff's '241 patent claims against Kingston in Case No. 6:21-cv-01284-ADA are stayed pending final resolution of the '241 patent claims in the Kioxia and Western Digital case. Plaintiff's claim against Kingston as to the '527 patent is hereby severed.

- Plaintiff's '241 patent claims against Samsung in Case No. 6:21-cv-00169-ADA as to the products that contain chips supplied by Kioxia and Western Digital are stayed pending final resolution of the '241 patent claims in the Kioxia and Western Digital case. Plaintiff's '241 patent claims against downstream products that contain chips supplied by SEC are stayed pending final resolution of the '241 patent claims in the Samsung case.

- Plaintiff's '241 patent claims against Amazon in Case No. 6:21-cv-00991-ADA as to the products that contain chips supplied by Kioxia and Western Digital and products that contain chips supplied by SEC are stayed pending final resolution of the claims as to the accused chips in the Kioxia and Western Digital case and the Samsung case. Plaintiff's claims against Amazon as to the '014 patent and U.S. Patent No. 6,829,691 ("the '691 patent") are hereby severed.

- Plaintiff's '241 patent claims against Kioxia and Western Digital in Case Nos. 6:21-cv-00400-ADA and 6:21-cv-01169-ADA as to products containing chips supplied by Kioxia and Western are stayed pending final resolution of the claims as to the accused chips in the Kioxia and Western Digital case.

SIGNED THIS _____ day of _____, 2022.

_____
THE HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE